IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIAN PRATT WATERMAN ARCHER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-CV-748-N |
| STEPHEN A. KENNEDY, *et al.*, | § § § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

By separate Order of this same date, the Court granted summary judgment to Defendants Stephen A. Kennedy, Kennedy Law, P.C., and Kennedy Law, LLP (collectively "Kennedy"). It is, therefore, ordered that Plaintiffs Julian Pratt Waterman Archer and Jane Gochenour Archer take nothing on their claims against Kennedy, and those claims are dismissed with prejudice. Court costs are taxed against the Archers. All relief not expressly granted is denied. This is a final judgment.

Signed July 17, 2023.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE